123 A.3d 776

BRENTWOOD BOROUGH SCHOOL DISTRICT

v.

Heather HELD

v.

HSBC Bank USA, N.A.

v.

Grove Properties, Inc.

Petition of HSBC Bank USA, N.A.

Supreme Court of Pennsylvania.

Oct. 7, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 7th day of October, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

(1) When is a property "vacant" for purposes of Section 32(c) of the Pennsylvania Municipal Claims and Tax Lien Act?